UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

BENNETT J. FREY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-345   (GHL)

Seth Buchman, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to count(s) 1 and 2 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the New York State Penal Law and Unlicensed Operation of a motor vehicle, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 509.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:**     May 30, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $150.00 and special assessment of $5.00 on Count 1 and a fine of $100.00 and a special assessment of $5.00 on Count 2. Total of the fines and special assessments amounts to $260.00, payable no later than 9/13/08. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original Counts of the Information are dismissed on motion of the United States.

August 13, 2008
Date of Imposition of Sentence

August 19, 2008
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge